In the Matter of WOOD PACKING BOX COMPANY, Respondent, against JOSEPH D. McGOLDRICK, Comptroller of the City of New York, Appellant.

Argued June 5, 1941; decided July 29, 1941.

*William C. Chanler*, Corporation Counsel (*Arthur A. Segall*, *Sol Charles Levine* and *Meyer Bernstein* of counsel), for appellant.

*William Walzer* and *Raymond Gitlin* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.